```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LIVIA R. MORALES, Bar #224504
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARK DOUGLAS GRITTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 05-102-DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| MARK DOUGLAS GRITTS, | ) | Date: July 6, 2005 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed to between the United States of America through THOMAS FLYNN, Assistant United States Attorney, and defendant, MARK DOUGLAS GRITTS, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the court trial set for June 15, 2005, be rescheduled for Wednesday, July 6, 2005 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

1  This continuance is being requested because counsel needs more
2 time  to investigate and prepare.
3 Dated: June 10, 2005
4                                        Respectfully submitted,
5                                        QUIN DENVIR
                                         Federal Defender
6
                                         /S/ Livia R. Morales
7                                        _____
                                         LIVIA R. MORALES
8                                        Staff Attorney
                                         Attorney for Defendant
9                                        DOUGLAS GRITTS

10
   DATED: June 3, 2005
11                                       McGREGOR W. SCOTT
                                         United States Attorney
12
13                                       /s/ Livia R. Morales
                                         THOMAS E. FLYNN
14                                       Assistant United States Attorney

15
16                                       **O R D E R**

17
18 IT IS SO ORDERED.
19 DATED: June 13, 2005.
20
21                                       DALE A. DROZD
22                                       UNITED STATES MAGISTRATE JUDGE

23
24 Ddad1/orders.criminal/gritts0102.stipord
25
26
27
28

2