1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | LIVIA R. MORALES, Bar #224504
Staff Attorney
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
MARK DOUGLAS GRITTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 05-102-DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| MARK DOUGLAS GRITTS, | ) | Date: July 27, 2005 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| _____ | ) | |

    IT IS HEREBY STIPULATED and agreed to between the United States of America through THOMAS FLYNN, Assistant United States Attorney, and defendant, MARK DOUGLAS GRITTS, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the court trial set for July 6, 2005, be rescheduled for Wednesday, July 27, 2005 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

This continuance is being requested because counsel needs more time to investigate and prepare.

Dated: June 28, 2005

>                                    Respectfully submitted,
>
>                                    QUIN DENVIR
>                                    Federal Defender
>
>                                    /S/ Livia R. Morales
>                                    _____
>                                    LIVIA R. MORALES
>                                    Staff Attorney
>                                    Attorney for Defendant
>                                    MARK DOUGLAS GRITTS

DATED: June 28, 2005

>                                    McGREGOR W. SCOTT
>                                    United States Attorney
>
>                                    /S/ Thomas E. Flynn
>                                    _____
>                                    THOMAS E. FLYNN
>                                    Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: June 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/gritts0102.stip&ord

2