```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, CA Bar #224504
    Staff Attorney
 3  RACHEL JULAGAY
    Certified Law Student
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    MARK DOUGLAS GRITTS
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) Mag. No. 05-102-DAD
                                  )
13              Plaintiff,        )
                                  ) AMENDED MOTION BY DEFENDANT MARK
14       v.                       ) DOUGLAS GRITTS SHORTENING TIME;
                                  ) AND ORDER
15  MARK DOUGLAS GRITTS,          )
                                  ) Date:  July 27, 2005
16              Defendant.        ) Time:  10:00 a.m.
                                  ) Judge: Hon. Dale A. Drozd
17  _____ )
```

18

19 **To: McGREGOR SCOTT, U.S. Attorney, and THOMAS E. FLYNN, Assistant U.S. Attorney, Attorneys for Plaintiff**

20

21 **PLEASE TAKE NOTICE** that defendant Mark Douglas Gritts, through counsel,

22 Livia R. Morales, Staff Attorney, and Rachel Julagay, Certified Law Student,

23 will and hereby does move this Court for an order shortening time within

24 which to hear defendant's motion to continue the court trial.  This case is

25 currently set for trial on July 27, 2005.  The Government has indicated that

26 it will oppose this motion for a continuance.  The defense requests an order

27 shortening time so that the Court may hear and decide this matter before the

28 current trial date.  The government has indicated, through Certified Law

Student Abram Watts, that it will oppose the Court hearing this motion on shortened time.  The defense believes that early resolution of this motion will help both the defense and the prosecution prepare for trial.

Dated: July 25, 2005
                    QUIN DENVIR
                    Federal Defender

                    /s/ Livia R. Morales
                    _____
                    LIVIA R. MORALES
                    Staff Attorney

                    /s/ Rachel Julagay
                    _____
                    RACHEL JULAGAY
                    Certified Law Student

**O R D E R**

Good cause appearing, defendant's motion shortening time to hear the motion to continue the trial date is granted.  The motion hearing will be set for July 27, 2005 at 10:00 a.m.

IT IS SO ORDERED.

DATED: July 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders/criminal/gritts0102.ord