```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, CA Bar #224504
    Staff Attorney
 3  RACHEL JULAGAY
    Certified Law Student
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorney for Defendant
    MARK DOUGLAS GRITTS
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,    ) Mag. No. 05-102-DAD
12                               )
                    Plaintiff,   )
13                               ) APPLICATION FOR TRANSPORTATION
         v.                      ) ORDER; ORDER FOR TRANSPORTATION
14                               )
    MARK DOUGLAS GRITTS,         )
15                               )
                    Defendant.   ) Judge: Hon. Dale A. Drozd
16                               )
    _____)
17
```

Defendant Mark Douglas Gritts hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Gritts is unable to afford his own transportation from San Jose, California to federal court in Sacramento, California for his court trial, presently schedule for July 27, 2005 at 10:00 a.m.

Dated: July 26, 2005

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender
                                              /s/ Livia R. Morales

                                              _____
                                              LIVIA R. MORALES
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              MARK DOUGLAS GRITTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 05-102-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE PURSUANT |
| | ) | TO 18 U.S.C. §4285 |
| MARK DOUGLAS GRITTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, Mark Douglas Gritts, with transportation from San Jose, California to Sacramento, California for court trial in the United States District Court for the Eastern District of California on **Thursday, July 27, 2005 at 10:00 a.m.** and return transportation to San Jose, California.

In addition, the United States Marshal shall furnish Mr. Gritts with money for any subsistence expenses to her destination, including lodging, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Mr. Gritts is homeless and is financially unable to travel to Sacramento, California without transportation and subsistence expenses.  Mr. Gritts

1  will also need transportation for his return to San Jose, California,
2  the place of the homeless shelter at which he resides, after the court
3  trial on Thursday, July 27, 2005.
4      This is authorized pursuant to 18 U.S.C. § 4285.
5  IT IS SO ORDERED.
6  DATED: July 26, 2005.

                            _____
                            DALE A. DRCZD
                            UNITED STATES MAGISTRATE JUDGE

10 Ddad1/orders.criminal/gritts0102.ord.transp

Order for Transportation/Mark Douglas Gritts    3