```
QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, CA Bar #224504
Staff Attorney
RACHEL JULAGAY
Certified Law Student
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARK DOUGLAS GRITTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>   v.                   )<br>MARK DOUGLAS GRITTS,  )<br>                Defendant. )<br>_____ ) | Mag. No. 05-102-DAD<br><br>APPLICATION FOR TRANSPORTATION<br>ORDER; ORDER FOR TRANSPORTATION<br><br><br>Judge: Hon. Dale A. Drozd |

     Defendant Mark Douglas Gritts hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

     Mr. Gritts is unable to afford his own transportation from San Jose, California to federal court in Sacramento, California for his court trial, presently scheduled for August 4, 2005 at 9:00 a.m.

Dated: July 27, 2005

                                       Respectfully submitted,

                                       QUIN DENVIR
                                       Federal Defender

                                       <u>/s/ DENNIS S. WAKS for</u>
                                       LIVIA R. MORALES
                                       Staff Attorney
                                       Attorney for Defendant
                                       MARK DOUGLAS GRITTS

Proposed Order for Transportation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )    Mag. No. 05-102-DAD
                             )
          Plaintiff,         )
                             )    ORDER RE: TRANSPORTATION
     v.                      )    AND SUBSISTENCE PURSUANT
                             )    TO 18 U.S.C. §4285
MARK DOUGLAS GRITTS,         )
                             )
          Defendant.         )
                             )
_____)
```

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, Mark Douglas Gritts, with transportation from San Jose, California to Sacramento, California for court trial in the United States District Court for the Eastern District of California on **Thursday, August 4, 2005 at 9:00 a.m.** and return transportation to San Jose, California.

In addition, the United States Marshal shall furnish Mr. Gritts with money for any subsistence expenses to his destination, including lodging, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Mr. Gritts is homeless and is financially unable to travel to Sacramento, California without transportation and subsistence expenses.  Mr. Gritts will also need transportation for his return to San Jose, California, the location of the homeless shelter at which he resides, after the court trial on

Proposed Order for Transportation            2

1 | Thursday, August 4, 2005.
2 |     This is authorized pursuant to 18 U.S.C. § 4285.
3 | IT IS SO ORDERED.
4 | DATED: July 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

**Ddad1/orders.criminal/gritts0102.ord.tranp.0804**